Decided March 4, 1999

JOHN FRIDGE *v.* FIRST STEP, INC.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 19065) is granted, limited to the following issues:

"1. Whether the transfer order of the chairman of the workers' compensation commission was a final judgment over which the Appellate Court had jurisdiction?

"2. Whether the chairman of the workers' compensation commission must articulate specific reasons when transferring a case from one district to another?"

The Supreme Court docket number is SC 16076.

*Nathan Julian Shafner*, in support of the petition.

Decided March 4, 1999